IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Ricky R. Franklin | ) | Case No: **16 C 9660** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Express Text, LLC | ) | |

### ORDER

Memorandum Opinion and Order entered. Accordingly, defendant's motion [20] for summary judgment is granted. Status hearing date of 8/17/2017 is stricken.

Date: August 2, 2017

Judge ROBERT W. GETTLEMAN