# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ricky R. Franklin
                     Plaintiff,

v.                                Case No.: 1:16−cv−09660
                                    Honorable Robert W. Gettleman

Express Text LLC
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 21, 2018:

       MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 8/21/2018. Plaintiff did not appear. Defendant's motion for summary judgment due by 9/18/2018, plaintiff's response due 10/12/2018, defendant's reply due 10/26/2018. Status hearing set for 1/9/2019 at 9:10 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.