# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| RICKY R. FRANKLIN | Civil Action No: 1:16-cv-09660 |
| Plaintiff, | **JURY DEMAND** |
| v. | **Honorable Robert W. Gettleman** |
|  | **Magistrate: Maria Valdez** |
| EXPRESS TEXT LLC |  |
| Defendant |  |

## DECLARATION OF RICKY R. FRANKLIN IN SUPPORT OF HIS OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT

I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I am the Plaintiff in the above-styled case.

3. Plaintiff is the sole owner and user of phone number 678-650-xxxx. Plaintiff received over 115 text messages from the Defendant in violation of the TCPA et seq.

4. Plaintiff has conducted a due diligence search and learned new information regarding the case. No legal business entity exists by the name of worldwin

events nor is a company listed or registered in the state of Georgia. Further there is no business doing-business-as d/b/a under the name of worldwin or any other fictitious name in the state of Georgia. SDF # 8

5. Plaintiff could not amend his complaint to sue any additional parties, because the fictitious third party is **"not a real party at interest"** in the matter and does not exist. *Rossdale Group, v Walton (2017) Cal. App 6th H043476* ("Use of a fictitious business name does not create a separate legal entity.")

6. On January 24th, 2018 Plaintiff researched and inquired records of the Secretary of State of Georgia, about the alleged company named Worldwin Events. The Secretary of State "SOS", has no record of a company by that name. Under the Official Code of Georgia Annotated "O.C.G.A" which governs laws about businesses in the state of Georgia, a company must register with SOS to be considered a legal business entity. Exhibit D

7. Defendant Express Text provided Plaintiff with a non-existence third party entity that purports to have a P.O. Box as its address. Under Georgia law **O.C.G.A. 14-2-202**, a business cannot use a P.O. Box, but rather must have a physical address inter-alia to be served at in case of a legal issue as the present case. Exhibit C4

8. On March 20th 2018, Plaintiff physically went to the Fulton County Superior Court of records and found that no company existed of the alleged entity of worldwin events nor has it ever existed. SDF #

9. On June 12th 2018, Plaintiff informed the Defendant's counsel that no company existed under the name of worldwin events. There is no company that exists by the name of worldwin events. Further, that if no contract exists and no agreement was signed, how is a non-existent third or other party responsible for the text messages. (Exhibit C,)

10. Plaintiff never gave consent to be called by the Defendant Express Text. The Defendant cannot show that it had Plaintiffs written consent to contact him on his cellular phone. As such, the burden is on the business (Defendant) to show and demonstrate how that consent was gained.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Ricky R. Franklin

/s/Ricky R. Franklin

Dated: October 1st 2018