# EXHIBIT H

Exhibit 4

💬 Contact Us (https://app.expresstext.net/ExpText/contact)

☎ 888.351.8398

**EXPRESSTEXT (HTTP://WWW.EXPRESSTEXT.NET)**

ABOUT EXPRESS TEXT (HOME.HTML#ABOUTUS)
WHY USE SMS (WHYUSESMS.HTML#WHYUSESMS)
HOW IT WORKS (HOWITWORKS.HTML#HOWITWORKS)
FEATURES (FEATURES.HTML#FEATURES)
WHAT DOES IT COST? (HTTPS://APP.EXPRESSTEXT.NET/EXPTEXT/PRICING)

(HTTPS://APP.EXPRESSTEX

# EXPRESSTEXT.NET TERMS OF USE

**TRY IT FOR FREE**

# Terms Of Use

1. **ACCEPTANCE OF TERMS**
   Express Text, LLC, an Illinois limited liability company (hereinafter referred to as "Express Text", "we," "us" or "our"), makes this website, www.ExpressText.net (the "Site"), including all information, documents, communications, files, images, text, videos, audio files, graphics, software, products and services available through the site (collectively, the "Materials") and all services operated by Express Text and third parties through the site (collectively, the "Services"), available for your use subject to the terms and conditions set forth in this document and any changes to this document that Express Text may publish from time to time (collectively, the "Terms of Use" or "Agreement"). "Express Text Content" as used in this Agreement means all content created and provided by Express Text through this Site. "User Content" means all submissions you make through Express Text to be transmitted to Subscribers and all content posted on the Site by you or any other user of the Site. As used in this Agreement "Subscriber" refers to those individuals requesting your content and to whom your content is sent through Express Text. The terms "you" and "yours" refers to all users of the Site, and it also includes (for all purposes, including indemnification and representations) the company and/or entity on whose behalf you are using the Site or sending messages through the Site.

↑



Express Text reserves the right to change the Terms of Use and other guidelines or rules posted on the Site from time to time at its sole discretion. Your continued use of the Site, or any Materials or Services accessible through it, after such notice has been posted constitutes your acceptance of the changes. Your use of the Site will be subject to the most current version of the Terms of Use, rules and guidelines posted on the Site at the time of such use. You should periodically check these Terms of Use to view the then current terms. If you breach any of the Terms of Use, your authorization to use this Site automatically terminates. You agree to fully adhere to the MMA (Mobile Marketing Association) guidelines as they are outlined at http://www.mmaglobal.com/bestpractices.pdf and as they may be amended and revised from time to time. To the extent that your failure to adhere to such rules causes us any harm or injury, you will fully indemnify us for such expenses, including attorney fees and court costs relating to any defense and/or collection.

BY ACCESSING AND USING THIS WEBSITE; COMPLETING ANY REGISTRATION PROCESS ASSOCIATED WITH EXPRESS TEXT; VALIDATING AND/OR REGISTERING YOUR MOBILE PHONE FOR ANY SERVICES OFFERED THROUGH THE SITE; RECEIVING A PASSWORD FOR SERVICE; OR OPTING IN TO ANY EXPRESS TEXT SERVICES AND/OR CLIENT SERVICES; YOU ARE STATING THAT YOU AGREE THAT YOU HAVE READ, UNDERSTAND, AND ACCEPT ALL OF THE TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT.

2. **COMPLIANCE WITH APPLICABLE LAWS AND REGULATIONS**
By utilizing the Services or making use of the Site in any manner, you are expressly representing that you are and will remain in full and absolute compliance with the Telephone Consumer Protection Act (TCPA) and all related regulations. Among other items, the TCPA requires that you obtain a Subscriber's prior express written consent before calling or sending such Subscriber a text message. You are hereby representing that you are familiar and in full compliance with the applicable provisions of the TCPA, regulations and the Federal Communications Commission's rules interpreting the TCPA and related regulations. Without limiting the foregoing, you agree that in your acquisition of phone numbers you have and will remain in full compliance with the TCPA and applicable regulations. You also recognize the TCPA will be amended as of October 16, 2013, and will remain fully compliant with such amendment and any future amendments. You expressly represent that you will not send any promotional advertising to any subscribers whose contact information was obtained by means other than in full compliance with the TCPA, as amended. Without limiting any other provision in this Agreement, you understand and agree that you will fully indemnify us in the event that we are compelled to defend ourselves do to your violations of the TCPA or any applicable law or regulation.

3. **SERVICE LIMITATIONS**
You understand that the service we provide through the Site is text messaging platform software. We provide no advertising strategy services or marketing services. We do not review or assist you with the creation or drafting of your text messages. We serve merely as a conduit and carrier of your text messages. Consequently, we will not review or approve your messages or practices for compliance with applicable laws or regulations. You are entirely responsible for any applicable laws and regulations (including the TCPA) relating to calling and sending text messages.

4. **ENFORCEMENT**
If for any reason a court of competent jurisdiction finds any provision of these Terms of Use, or portion thereof, to be unenforceable, that provision shall be enforced to the maximum extent permissible so as to effect the intent of the parties as reflected by that provision, and the

2

remainder of the Terms of Use shall continue in full force and effect. Any failure by Express Text to enforce or exercise any provision of these Terms of Use or related right shall not constitute a waiver of that right or provision.

5. **ELIGIBILITY**
You must be at least 18 years old to be eligible to use the Services (21 years of age for designated venues). However, if you are at least 13 years old but not yet 18, you may use the Services only if you have your parents' or guardians' prior permission (except for venues where an age requirement is expressed). No one under age 13 may use the Services under any circumstances. By clicking "Validate" or "Submit" on any ExpressText.net website form, or submitting any messages to ExpressText.net through your mobile phone, you are representing that you are at least 18, or that you are at least 13 years old and have your parents' permission to register for the Services. You also certify that you are the owner of the mobile device/mobile number for which you are requesting services. You certify that you will not send unsolicited text messages/SPAM to any person(s) through any ExpressText.net service. Express Text records Internet IP addresses of each visitor/user, and will prosecute violators to the fullest extent of the law.

6. **EXPRESS TEXT SUBSCRIBERS**
You, our client, understand that Express Text will require each Subscriber who signs up to receive your broadcast alerts through Express Text to opt-in to become a Subscriber on your database. Subscribers opt-in by taking the prescribed action, such as sending a text message as directed by an advertisement. Before adding a Subscriber to your database of subscribers, we reserve the right to validate that the prospective Subscriber is the owner of the phone for which the Subscriber is requesting your broadcasting service. Upon the successful transmission of your broadcast to your database, Express Text will notify you (through a pop-up message) that your transmission was successful. Express Text provides you with reporting and monitoring tools to enable you to track transmissions sent via Express Text.

A Subscriber who signs up for a continual alert will remain on our client's database of subscribers and will continue to receive broadcasts until the Subscriber unsubscribes by (1) completing the online opt-out form, at which time the Subscriber immediately will be removed from the subscriber database, or (2) replying in text form to an incoming message with a term designated by Express Text. Please review our opt-out directions on the Site for more information about the designated opt-out term. When you, the Subscriber, registers to receive Express Text Services, including services offered by any of our Clients, you are agreeing to also receive the current and all future Services in conjunction with your requests. By sending/receiving text messages through our service, you understand that some messages may not be delivered due to various technical, network, and/or other reasons. Express Text will not be held responsible or liable for undelivered messages. Although 99% of messages reach their intended recipient, we cannot guarantee delivery of any message sent through our services.

7. **INTELLECTUAL PROPERTY; LIMITED LICENSE TO USERS**
The Materials and Services on this Site, as well as their selection and arrangement, are protected by copyright, trademark, patent, and/or other intellectual property laws, and any unauthorized use of the Materials or Services at this Site may violate such laws and these Terms of Use. Except as expressly provided herein, Express Text does not grant any express or implied rights to use the Materials and Services. You agree not to copy, republish, frame, reverse engineer, or create derivative works based on the Site, its Materials, or its Services or their selection and arrangement, except as expressly authorized herein. In addition, you agree not to use any data mining, robots, or similar data gathering and extraction methods in connection with the Site.

In addition to the Materials and Services offered by Express Text, this Site may also make available materials, information, and services provided by third parties (collectively, the "Third Party Services"). The Third Party Services may be governed by separate license agreements that accompany such services. Express Text offers no guarantees and assumes no responsibility or liability of any type with respect to the Third Party Services or products. You agree that you will not hold Express Text responsible or liable with respect to the Third Party Services or seek to do so.

Except as expressly indicated to the contrary elsewhere on this Site, you may view, download, and print the Express Text Content and User Content available on this Site subject to the following conditions:

1. The Express Text Content and User Content may not be modified or altered in any way.
2. You may not remove any copyright or other proprietary notices contained in the Express Text Content and User Content.
3. Express Text reserves the right to revoke the authorization to post, list, view, download, and print the Express Text Content and User Content available on this Site at any time, and any such use shall be discontinued immediately upon notice from Express Text.
4. The rights granted to you constitute a license and not a transfer of title.

The rights specified above to view, download, and print the Express Text Content and User Content available on this Site are not applicable to the design or layout of this Site. Elements of this Site are protected by trade dress and other laws and may not be copied or imitated in whole or in part.

8. **TRADEMARK INFORMATION**
The trademarks, logos, and service marks, including the "Express Text" trademark ("Marks") displayed on this Site are the property of Express Text or other third parties. You are not permitted to use the Marks without the prior written consent of Express Text or such third party that may own the Marks.

9. **LICENSE TO EXPRESS TEXT FOR USER CONTENT**
By submitting any User Content to this Site you grant Express Text the following type of license: For User Content that is the result of your creative efforts and which is intended to be displayed on the Site, you grant Express Text a worldwide, royalty-free, non-exclusive license to modify (for purposes of formatting, maintenance, or Site administration) and reproduce such User Content. You also grant Express Text the right to distribute and publicly display and perform such User Content for the purpose for which such User Content was submitted to the Site. ExpressText.net may, at its sole discretion, and without compensation to any user, make Service web pages and website content available for sponsorship and branding by Express Text clients or other third parties.

10. **DIGITAL MILLENNIUM COPYRIGHT ACT**
If you are a copyright owner or an agent thereof and believe that any User Content or other content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing us with the following information in writing (see 17 U.S.C 512(c)(3) for further detail): A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site; Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the

H

service provider to locate the material; Information reasonably sufficient to permit us to contact you, such as an address, telephone number, and, if available, an electronic mail; A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. You may send the notification to Support@ExpressText.net.

11. **PROHIBITED COMMUNICATIONS**
You may submit only User Content to the Site that is (a) owned by you, (b) submitted with the express permission of the owner or within the scope of the license to such content, or (c) in the public domain. You are prohibited from posting or transmitting to or from this Site any unlawful, threatening, harassing, libelous, offensive, defamatory, obscene, or pornographic materials, or other materials that would violate any law or the rights of others, including, without limitation, laws against copyright infringement, and rights of privacy and publicity. Violation of these restrictions may result in denial of or limitations on access by you to this Site. You agree that you will not use Express Text Services to spam Subscribers. Express Text may monitor your conduct, including reviewing incoming messages (in response to your broadcast) to determine whether you are violating the terms and conditions of this Agreement.

12. **USER CONDUCT**
In using the Site, including all Services and Materials available through it, you agree: not to disrupt or interfere with any other user's enjoyment of the Site or affiliated or linked sites; not to upload, post, or otherwise transmit through the Site any viruses or other harmful, disruptive, or destructive files; not to create a false identity; not to use or attempt to use another's account, password, service, or system without authorization from Express Text; not to disrupt or interfere with the security of, or otherwise cause harm to, the Site, or any Services, Materials, system resources, accounts, passwords, servers, or networks connected to or accessible through the Site or any linked sites. You understand and agree that sending unsolicited email advertisements or spam to Site users is expressly prohibited by these terms. As the user, you are required to accept total responsibility for your behavior and conduct while using the Services. You may not forward messages sent to you without the expressed prior consent of ExpressText.net and/or the Clients by whom it was initially sent. Likewise, you may not distribute or send unsolicited messages, or "spam," "chain letters" or "pyramid schemes" or any other form of unauthorized solicitation, including promotions and/or advertising of products or services is prohibited. Without limitation, Express Text reserves the right to remove any user from its system at any time, at its sole discretion.

13. **MANAGING CONTENT AND COMMUNICATIONS**
Express Text reserves the right, in its sole discretion, to delete or remove User Content from the Site and to restrict, suspend, or terminate your access to all or part of this Site, at any time without prior notice or liability. Express Text may, but is not obligated to, monitor or review any submissions or areas on the Site where users transmit or post User Content, including but not limited to areas where Services are available, and the substance of any User Content. To the maximum extent permitted by law, Express Text will have no liability related to User Content. Express Text disclaims all liability with respect to the misuse, loss, modification, or unavailability of any User Content. You agree and represent that you are entirely responsible for all User Content that you upload, download, post, list, transmit or otherwise use or make available via Express Text. Since we do not control the User Content posted on the Site or messages transmitted through our systems we cannot and do not guarantee the accuracy, integrity or quality of such User Content.

B



14. **USER COMMENTS AND FEEDBACK**
    Any comments, feedback, notes, messages, ideas, suggestions or other communications (collectively, "Comments") sent by you to ExpressText.net shall be and remain the exclusive property of ExpressText.net. Your submission of any such Comments shall constitute an assignment to ExpressText.net of all-worldwide rights, titles and interests in all copyrights and other intellectual property rights in the Comments. ExpressText.net will be entitled to use, reproduce, disclose, publish and distribute any Comments you submit for any purpose whatsoever, without restriction and without compensating you in any way. You agree not to submit any Comments that may be submitted in violation of law or any agreement or obligation to keep the content of such Comments confidential. ExpressText.net expressly disclaims any interest in any Comments that you are not authorized to submit.

15. **PASSWORDS**
    You understand that you are solely responsible for maintaining the confidentiality of your password. You shall be solely and fully responsible for all activities that occur under your Username and Password. Express Text shall not be responsible for any loss, claim or other liability that may arise from the unauthorized use of any username, mobile number, and/or password. If a password is lost or stolen, it is your responsibility to notify Express Text so that the missing password can be deactivated and a new one assigned.

16. **RESERVATION OF RIGHT TO REFUSE USERS/SERVICE**
    Express Text reserves the right to refuse or terminate Services granted to you for any reason whatsoever, at our sole discretion and without notice to you. Express Text shall have no liability with respect to such termination of services.

17. **RESALE OF SERVICE**
    You agree not to resell the Service, use of, or access to the Service.

18. **WARRANTIES AND DISCLAIMERS**
    Except as expressly provided otherwise in a written agreement between you and Express Text or you and a third party with respect to such party's materials or services, this Site, and all Materials and Services accessible through this Site, including all User Content submitted through the Site, are provided "as is" without warranty of any kind, either express or implied, including, but not limited to, the implied warranties of merchantability or fitness for a particular purpose, or the warranty of non-infringement. Without limiting the foregoing, Express Text makes no warranty that (i) the Services and Materials will meet your requirements; (ii) the Services and Materials will be uninterrupted, timely, secure, or error-free; (iii) the results that may be obtained from the use of the Services or Materials will be effective, accurate, or reliable; (iv) the quality of any Services or Materials obtained or accessible by you through the Site will meet your expectations; and (v) any errors in the Services or Materials obtained through the Site, or any defects in the Site, its Services or Materials, will be corrected. You understand and acknowledge that (i) Express Text does not control, endorse, or accept responsibility for any content, products, or services offered by third parties or site users through the Site; (ii) Express Text makes no representation or warranties whatsoever about any such third parties or site users, their content, products, or services; (iii) any dealings you may have with such third parties or site users are at your own risk; and (iv) Express Text shall not be liable or responsible for any content, products, or services offered by third parties or site users.

    By signing up for Express Text Services, or subscribing to any merchant offer through our services, you are accepting complete and full responsibilities for payment of any and all mobile phone



carrier fees associated with receiving text messages from Express Text and its member merchants.

The use of the Services or the downloading or other use of any Materials through the Site is done at your own discretion and risk and with your agreement that you will be solely responsible for any damage to your computer system, loss of data, or other harm that results from such activities. Express Text assumes no liability for any computer virus or other similar software code that is downloaded to your computer from the Site or in connection with any Services or Materials offered through the Site. No advice or information, whether oral or written, obtained by you from Express Text or through or from the Site shall create any warranty not expressly stated in these Terms of Use.

19. **PERSONAL INFORMATION AND PRIVACY**
You understand and agree that we may disclose information about you if we have a good faith belief that we are required to do so by law or legal process, to respond to claims, or to protect the rights, property, or safety of Express Text or others. Please refer to our Privacy Policy for more information about the manner in which we protect and use your information.

20. **LIMITATION OF LIABILITY**
In no event, including, without limitation, negligence, shall Express Text, its subsidiaries, affiliates, agents, officers, directors, employees, partners, or suppliers be liable to you or any third party for any special, punitive, incidental, indirect, or consequential damages of any kind, or any damages whatsoever, including, without limitation, those resulting from loss of use, data, or profits, whether or not Express Text has been advised of the possibility of such damages, and on any theory of liability, arising out of or in connection with the use of or the inability to use this Site, its Services, or Materials, the statements or actions of any third party on or through the Site, any dealings with other users or other third parties, any unauthorized access to or alteration of your transmissions or data, any information that is sent or received or not sent or received, any failure to store or loss of data, files, or other content, any Services available through the Site that are delayed or interrupted, or any website referenced or linked to or from this Site.

21. **INDEMNIFICATION**
You agree to defend, indemnify and hold harmless Express Text, its independent contractors, service providers and consultants, and their respective owners, directors, employees and agents, from and against any third party claims, damages, loss, liability, costs and expenses (including, but not limited to, reasonable attorney's fees) arising out of your use of this Website and/or Express Text Services, including without limitation any actual or threatened suit, demand, or claim made against Express Text and/or its independent contractors, service providers, or consultants, arising out of or relating to your conduct, your violation of these terms and conditions, or your violation of the rights of any third party. Without limiting the foregoing, you understand and agree that you will be solely responsible for any violations relating to TCPA and applicable regulations resulting from your use of the Site or its Services. If your violation or alleged violation causes us harm or requires us to defend ourselves in a legal (or administrative) action, you will fully indemnify us and reimburse us for all expenses, losses and injuries resulting from such action, including attorney fees and court costs relating to our defense of such action and the cost of collection (including attorney fees and court costs).

Truth in Messaging / Indemnification of Liability (Message/Alerts senders): You are solely responsible for any legal liability arising out of or relating to (1) the Message, and/or (2) any product and/or service which viewers and/or users can utilize through the Message. You represent and warrant that the Message(s) comply with ExpressText and ExpressText.net standards and policies;



and that it holds the necessary rights to permit the use of the Message(s) by Express Text for the purpose of this Agreement; and that the use, reproduction, distribution, or transmission of the Message will not violate any criminal laws or any rights of any third parties, including, but not limited to, such violations as infringement or misappropriation of any copyright, patent, trademark, trade secret, music, image, or other proprietary or property right, false advertising, unfair competition, defamation, invasion of privacy or rights, violation of any anti-discrimination law or regulation, or any other right of any person or entity. You agree to jointly and severally indemnify Express Text and to hold Express Text harmless from any and all liability, loss, damages, claims, or causes of action, and expense of any nature (including reasonable legal fees and expenses that may be incurred by Express Text), arising out of or related to Express Text performance under this agreement, the copying, printing, distributing, or publishing of your Message(s), and/or your breach of any of the foregoing representations and warranties. You grant ExpressText the right to use, reproduce, and distribute your Message(s). You agree to request that Express Text be listed as an additional insured on any policy issued to you pursuant to which there could be coverage for any of the forms of legal liability described in this paragraph. You shall not include any advertising via Express Text Services that is misleading, unfair or deceptive. All advertising via Express Text shall comply with all applicable laws and regulations. You shall indemnify Express Text and hold Express Text harmless against all loss, liability, damage and expense of any nature (including legal fees) arising out of your breach of this clause.

22. **ASSIGNMENT**
You may not assign any of your rights or delegate any obligations hereunder, in whole or in part, whether voluntarily or by operation of law, without the prior written consent of Express Text Any such purported assignment or delegation by you without the appropriate prior written consent of Express Text will be null and void and of no force or effect.

23. **APPLICABLE LAW**
These Terms shall be governed by and construed in accordance with the laws of the State of Illinois, without resort to its conflict of law provisions. You agree that any action at law or in equity arising out of or relating to these Terms or your use of the Website and/or ExpressText.net Service shall be filed only in the state and federal courts located in Northlake, Illinois and you hereby irrevocably and unconditionally consent and submit to the exclusive jurisdiction of such courts over any suit, action or proceeding arising out of or relating to these Terms or your use of this Website and/or ExpressText.net Service

# Supported Carriers

↑