# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| RICKY R. FRANKLIN | ) | Civil Action No: 1:16-cv-09660 |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| EXPRESS TEXT LLC | ) | Judge Robert W. Gettleman |
|  | ) |  |
| Defendant | ) |  |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, Ricky R. Franklin, by and through

himself, hereby appeals to the United States Court of Appeals for the Seventh

Circuit from the judgment entered on May 7th 2019 granting Defendant Express

Text, LLC Motion for Summary Judgement.  (Dkt. 60)

Respectfully submitted,

/s/Ricky R. Franklin

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
rrfrank12@hotmail.com

Dated:  May 29, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has sent via ECF

on May 29, 2019 to Defendant's counsel listed below:


Moshe D. Lapin (Admitted *pro hac vice*) Lapin Law Firm
300 E. Lombard St., Suite 840
Baltimore, MD 21202
T: (888) 858-0340
F: (212) 320-0248 moshe@lapinlegal.com


Eugene N. Traunfeld
500 Skokie Blvd. Suite 150
Northbrook, IL 60062
T: (312) 213-8095 traunfeldlaw@gmail.com

**ATTORNEYS FOR DEFENDANT**

**EXPRESS TEXT, LLC**